UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL     JS-6

Case No.    2:19cv04951 DDP     Date: August 6, 2024

Title    *JAMAR DEWAYNE GREER v. UNITED STATES OF AMERICA*

Present: The Honorable:     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS)**

    Case should have been closed on entry of this Court's Order [8] filed on September 2, 2022.  Make JS-6.

    00:00

**Initials of Preparer**     CMJ